AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

EDWARD BODNAR,
*Petitioner*

v.

WILL COUNTY CIRCUIT COURT AND THE HONORABLE EDWARD A. BURMILLA, AND THE STATE OF ILLINOIS,
*Respondent*
(name of warden or authorized person having custody of petitioner)

Case No. _____
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Edward Bodnar
   (b) Other names you have used: none
2. Place of confinement:
   (a) Name of institution: none--out on bail pending trial.
   (b) Address:
   (c) Your identification number:
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☑ State authorities   ☐ Other - explain:

4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you:
   (b) Docket number of criminal case:
   (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

- ☐ Pretrial detention
- ☐ Immigration detention
- ☐ Detainer
- ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
- ☐ Disciplinary proceedings
- ☑ Other *(explain)*: The Order Denying my Motion to Suppress and Dismiss. I did not receive a full and fair to litigate my motion (Stone v. Powell (1976) exception), violates the 4th &14th Amendment's due process and /equal protection clauses by merits not reached, and U.S. Ct. law interpreting 4th and 14th Amendment.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Will County Circuit Court, 100 W Jefferson St, Joliet, IL 60432.
   (b) Docket number, case number, or opinion number: 20 CM 480
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: see above.

   (d) Date of the decision or action:

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes      ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: Illinois Court of Appeals, Third District, 1004 Columbus Street, Ottawa, IL 61350.
       (2) Date of filing: 05/20/2021
       (3) Docket number, case number, or opinion number: 3-21-2015
       (4) Result: Denied without reaching the merits of claim, dismissed for lack of appellate jurisdiction.
       (5) Date of result: 06/11/2021
       (6) Issues raised: The trial court unconstitutionally denied Petitioner's Motion to Suppress and and Dismiss; and then litigated unconstitutional dismissal for lack of appellate jurisdiction when after the state raised the issue and the Court adopted it without performing the constitutional inquiry mandated by both the United States Supreme Court and Illinois Supreme Court for the courts to inquire into their own jurisdiction.

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☑ Yes      ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: Illinois Supreme Court, 200 E Capitol Avenue, Springfield, IL 62701

        (2) Date of filing: 

        (3) Docket number, case number, or opinion number: #127419

        (4) Result: Denied without written opinion adjudicating the merits of the Petitioner's claim

        (5) Date of result: 09/29/2021

        (6) Issues raised: (1) Denial of Due Process of Law. The Appellate Court failed to provide actual notice and an Opportunity to Respond to the denial. The Appellate Court further failed to conduct an independent inquiry Jurisdiction before Dismissing his Petition for Leave to Appeal in violation of the 14th Amendment; and (2) Denial of Due process and Equal Protection of Law by dismissing Petitioner's Leave to Appeal in violation of the 14th Amendment and vested liberty Illinois State law creates as it currently exists and not reaching to merits of Petitioner's Fourth Amendment Issues raised in the courts below.

    (b) If you answered "No," explain why you did not file a second appeal: 

9. **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?

    ☐ Yes     ☒ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court:

        (2) Date of filing:

        (3) Docket number, case number, or opinion number:

        (4) Result:

        (5) Date of result:

        (6) Issues raised:

    (b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes     ☒ No

    If "Yes," answer the following:

    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ☐ Yes     ☐ No

If "Yes," provide:
(1) Name of court: 
(2) Case number: 
(3) Date of filing: 
(4) Result: 
(5) Date of result: 
(6) Issues raised: 

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:
(1) Name of court: 
(2) Case number: 
(3) Date of filing: 
(4) Result: 
(5) Date of result: 
(6) Issues raised: 

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: 

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☐ No

If "Yes," provide:
(a) Date you were taken into immigration custody: 
(b) Date of the removal or reinstatement order: 
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes  ☒ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes  ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

_____
_____
_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Petitioner's 4th and 14th Amendment Rights were prejudicially violated by Police arresting Petitioner without a warrant and creating an exigent circumstance by using a private citizen as a state agent to gain entry into Petitioner's home and then arrest him for Disorderly Conduct which is contrary to, or involves an unreasonable application of U.S. S.Ct. Law and vested liberty interests created by Illinois law.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Police forced entry into Petitioner's home by converting a private citizen, a friend of Petitioner's by the name of Joseph Maye, into a state agent without Petitioner's knowledge and subsequently seized Petitioner without a a warrant, invitation, emergency, or exigent circumstances that Police itself did not create. Through no fault of the Petitioner's own and proper exhaustion efforts, the state courts did not reach to the merits of the his claim and denied him due process and equal protection by denying him an opportunity to develop his claim and relief.

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes ☐ No

**GROUND TWO:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

### Request for Relief

15. State exactly what you want the court to do: Issue its writ of habeas corpus unconditionally discharging Petitioner from his continued unconstitutional custody on bail and directing the state to grant his Suppress all evidence relating to the Disorderly Conduct and to Dismiss this charge, since the State and its Courts have had a full and fair opportunity to address the merits of the Petitioner's claim and improperly refused to do so during proper exhaustion of state remedies.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 10/29/2021

Edward Bodnar
*Signature of Petitioner*

Zachary C. Wilson
*Signature of Attorney or other authorized person, if any*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

EDWARD BODNAR,

    Petitioner,

    v.

Case No.:_____

WILL COUNTY CIRCUIT COURT AND
THE HONORABLE JUDGE EDWARD A. BURMILLA,
AND THE PEOPLE OF THE STATE OF ILLINOIS,

    Respondents.

| STATE OF ILLINOIS | ) |
|---|---|
| | ) ss |
| COUNTY OF DUPAGE | ) |

**CERTIFICATE OF SERVICE**

    I hereby swear and affirm that I have served a true and exact copy of this Petition upon:

Honorable Edward A. Burmilla
Presiding Judge
Twelfth Judicial Circuit Court
100 West Jefferson Street
Joliet, Illinois 60432
(815) 727-8540
judgeburmilla@willcountyillinois.com

Thomas D. Amato
Deputy Director
Attorneys Appellate Prosecutor
Columbus Street, Suite 300
Ottawa, Illinois 61350
(815) 434-7010
tarado@ilsaap.org

via first-class prepaid U.S. Mail, and via email at the addresses indicated above, on this 2nd day of November 2021.

_____
Zachary C. Wilson
Attorney for Edward Bodnar